AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Robert J. Livermore) ) USAO CW No. 26-017

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
MAHADY SACKO

*Defendant(s)*

Case No. 26-MJ-329

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 52 U.S.C. § 20511(2)(B) | fraudulent voting |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Mickel McGann
*Complainant's signature*

Mickel McGann, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed by telephone.

Elizabeth T. Hey
Digitally signed by Elizabeth T. Hey, U.S.M.J.
Date: 2026.02.27 12:20:46 -05'00'
*Judge's signature*

Date: 2/27/2026

City and state: Philadelphia, Pennsylvania

Hon. Elizabeth T. Hey, USMJ
*Printed name and title*