**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA     **:**

          **:**     **MAGISTRATE NO. 26-MJ-329**

     **v.**          **:**

          **:**

MAHADY SACKO     **:**

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)**

The United States of America, by and through its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Robert J. Livermore, Assistant United States Attorney, moves for a sixty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1.     On February 27, 2026, a Complaint was filed by the United States Attorney's Office charging defendant Mahady Sacko with one count of fraudulent voting in violation of 52 U.S.C. § 20511(b)(2).

2.     The Defendant had his initial appearance in the Eastern District of Pennsylvania on March 5, 2026.  On that date, the Court, by agreement of parties, released the defendant on conditions.  Since that time, the parties have been discussing a possible non-trial disposition of the matter.

3.     The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that the government file an Indictment or Information within thirty days from the date on which the defendant was arrested.  18 U.S.C. § 3161(b).

4.     In order to give the parties sufficient time to review the evidence and consider whether a non-trial disposition of the matter is possible, the government moves to extend the Indictment and/or Information deadline for 60 days. Counsel for defendant, Angela Levy, Esquire, does not oppose the government's request for a 60-day continuance.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of sixty days of the time within which to file an Indictment or Information in this case, that is, until June 4, 2026.

Respectfully submitted,

David Metcalf
United States Attorney


*/s/ Robert J. Livermore*
ROBERT J. LIVERMORE
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Unopposed Motion for

Continuance Pursuant to Title 18, United States Code, Section 3161(h)(7)(A) has been previously served

by electronic mail upon the following:

Angela Levy, Esq.
Douglas Helman, Esq.
Attorneys for the defendant

/s/ Robert J. Livermore
ROBERT J. LIVERMORE
Assistant United States Attorney

DATED:  March 20, 2026