## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **MAGISTRATE NO. 26-MJ-329** |
| **v.** | **:** | |
| | **:** | |
| **MAHADY SACKO** | **:** | |

**GOVERNMENT'S SECOND UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)**

The United States of America, by and through its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Robert J. Livermore, Assistant United States Attorney, moves for a second sixty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1.      On February 27, 2026, a Complaint was filed by the United States Attorney's Office charging defendant Mahady Sacko with one count of fraudulent voting in violation of 52 U.S.C. § 20511(b)(2).

2.      The Defendant had his initial appearance in the Eastern District of Pennsylvania on March 5, 2026.  On that date, the Court, by agreement of parties, released the defendant on conditions.  Since that time, the parties have been discussing a possible non-trial disposition of the matter.

3.      The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that the government file an Indictment or Information within thirty days from the date on which the defendant was arrested.  18 U.S.C. § 3161(b).

4.      On March 20, 2026, the government filed an unopposed motion for a sixty-day continuance of the time within which an Indictment or Information must be filed in this case in order to give the defendant time to review the discovery in this case.  The

Honorable Pamela A. Carlos granted that motion on the same day and extended the deadline to June 4, 2026.

5.　　The parties now seek a second sixty-day extension of that time period. The defendant recently hired a new immigration attorney to review the immigration consequences of the pending charges.  That attorney is presently reviewing the defendant's lengthy immigration file which stretches back to 1999.  The defendant would like additional time to consult with his immigration attorney prior to making any decision on the pending criminal charges.  For these reasons, the government, with the concurrence of the defendant, moves for an additional sixty-day continuance of the time within which an Indictment or Information must be filed in this case.

6.　　In order to give the parties sufficient time to review the evidence and consider whether a non-trial disposition of the matter is possible, the government moves to extend the Indictment and/or Information deadline for sixty days. Counsel for defendant, Angela Levy, Esquire, does not oppose the government's request for a sixty-day continuance.

7.　　WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of sixty days of the time within which to file an Indictment or Information in this case, that is, until August 4, 2026.

Respectfully submitted,

David Metcalf
United States Attorney

*/s/ Robert J. Livermore*
ROBERT J. LIVERMORE
Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **MAGISTRATE NO. 26-MJ-329** |
| v. | : | |
| | : | |
| MAHADY SACKO | : | |

## **O R D E R**

AND NOW, this 27th day of May, 2026, the Court finds that the defendant and the government are engaging in discussions which may affect the charges against the defendant and that the defendant does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of sixty additional days, until August 4, 2026.

BY THE COURT:

---

HON. CAROL SANDRA MOORE WELLS
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Unopposed Motion for

Continuance Pursuant to Title 18, United States Code, Section 3161(h)(7)(A) has been previously served

by electronic mail upon the following:

Angela Levy, Esq.
Douglas Helman, Esq.
Attorneys for the defendant

/s/ Robert J. Livermore
ROBERT J. LIVERMORE
Assistant United States Attorney

DATED:  May 27, 2026